AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

_____  DISTRICT OF  _____

**APPEARANCE**

Case Number: 07 CV 6749

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Joyce Crochiere

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 7/25/2007 | _(signature)_ |
| Date | Signature |
| | Deborah Lepow Ziegler — PHV789 |
| | Print Name — Bar Number |
| | 4265 San Felipe, Suite 1000 |
| | Address |
| | Houston  TX  77027 |
| | City  State  Zip Code |
| | (713) 622-7271   (713) 623-8724 |
| | Phone Number   Fax Number |